| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04 CR 90007-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | :08 CRIM 179 | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| FILS-AIME, Charlemagne | Eastern District of Michigan | Detroit |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE   MAR 0 8 2008

| | NAME OF SENTENCING JUDGE Hon. Marianne O. Battani | | |
|---|---|---|---|
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM May 7, 2007 | TO May 6, 2008 |

**OFFENSE**

Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return, in violation of 26 U.S.C., 7206(2).

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

　　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

FEB 15 2008
_____
*Date*

*Hon. Marianne O. Battani*
_____
Hon. Marianne O. Battani
United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of New York

　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 0 4 2008
_____
*Effective Date*

_____
United States District Judge

RICHARD J. ELLIS
United States Magistrate Judge
Southern District of New York