UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

CHARLEMAGNE FILS-AIME,
                Defendant.
------------------------------------------------------------X

08 cr 179 (JGK)

## ORDER

It is hereby ordered that Louis R. Aidala be appointed as counsel for the defendant Charlemagne Fils-Aime for all purposes.

**SO ORDERED.**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 24, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2008